```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22718
    CHRISTOPHER M BURDIN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4466

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/04/2007 and was confirmed 03/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK            NOTICE ONLY   NOT FILED             .00           .00
DISCOVER FINANCIAL SERVI    UNSEC W/INTER  11705.63          524.93       1165.45
WELLS FARGO HOME MORTGAG    CURRENT MORTG   8503.00             .00       8503.00
WELLS FARGO HOME MORTGAG    MORTGAGE ARRE   7628.82             .00       7628.82
CITY OF CHICAGO WATER DE    SECURED          321.38             .00        321.38
SNAP ON CREDIT LLC          SECURED         2000.00           88.98        370.20
SNAP ON CREDIT LLC          UNSEC W/INTER   4681.85          209.97        466.13
CODILIS & ASSOCIATES ^      NOTICE ONLY   NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER  10003.15          311.04        995.96
UNIFUND CCR PARTNERS        NOTICE ONLY   NOT FILED             .00           .00
COMCAST                     UNSEC W/INTER NOT FILED             .00           .00
CREDIT PROTECTION ASSOC     NOTICE ONLY   NOT FILED             .00           .00
FIRST HUDSON LEASING        UNSEC W/INTER    822.95           36.93         81.91
FIRST USA                   UNSEC W/INTER NOT FILED             .00           .00
UNIFUND CORP/OH             NOTICE ONLY   NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER  11377.69          353.79       1132.81
MBNA                        NOTICE ONLY   NOT FILED             .00           .00
LEASE COMM                  UNSEC W/INTER NOT FILED             .00           .00
KREUZER CORES & MCLAUGHL    UNSEC W/INTER   2021.80           90.70        201.28
MCLAUGHLIN KREUZER & COR    NOTICE ONLY   NOT FILED             .00           .00
TCF NATIONAL BANK           UNSEC W/INTER NOT FILED             .00           .00
PROFFESSIONAL ACCOUNT MG    NOTICE ONLY   NOT FILED             .00           .00
VONAGE TELEPHONE COMPANY    UNSEC W/INTER NOT FILED             .00           .00
TIMOTHY K LIOU              DEBTOR ATTY        .00                            .00
TOM VAUGHN                  TRUSTEE                                       1,932.52
DEBTOR REFUND               REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  24,415.80

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22718 CHRISTOPHER M BURDIN
```

```
PRIORITY                                                           .00
SECURED                                                      16,823.40
    INTEREST                                                     88.98
UNSECURED                                                     4,043.54
    INTEREST                                                  1,527.36
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                          1,932.52
DEBTOR REFUND                                                      .00
                                 ----------------    ----------------
TOTALS                                  24,415.80           24,415.80
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 22718 CHRISTOPHER M BURDIN